| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888 | |
| In re:<br><br>Joseph C. Mayfield<br>Michelle A. Mayfield<br><br><br>Debtor(s) | Case No.: 24-10541 / MBK<br><br>Chapter 13<br><br>Hearing Date: 8/27/2025  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

**CERTIFICATION IN SUPPORT OF TRUSTEE'S POST-CONFIRMATION MOTION TO DISMISS**

This matter is being brought before the court for the following reason(s):

> The debtor failed to comply with the terms of the plan in that all required payments to the Trustee have not been made.  The debtor is in arrears in the amount of $5,471.00 as of the date of filing this motion. The last payment from the debtor(s) was received on 7/1/2025 in the amount of $2,300.00.
>
> The plan cannot be completed due to an order entered on 7/17/2025 granting stay relief to DEUTSCHE BANK NATIONAL TRUST CO, court claim #22-1.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining attorney fees and adequate protection payments due under the plan, proposed or confirmed, or by Court order, are paid.

I, Anita Travea, an employee in the office of the Standing Chapter 13 Trustee, hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 7/31/2025

/s/ Anita Travea
_____
Anita Travea